## ED MUSICK v. STATE.

### No. A-539.    Opinion Filed May 9, 1911.

#### (115 Pac. 377.)

1.   **APPEAL—Time in Felony Cases.** Under the provisions of section 6948, Snyder's Statutes 1909, appeals in felony cases must be perfected in this court within six months from the date judgment is rendered by the trial court, and unless this is done this court has no jurisdiction to review the case, and can only dismiss the appeal and direct the trial court to enforce the judgment and sentence.

2.   **APPEAL—Record—Case-Made—Filing.** It is necessary for the case-made in all cases to be filed in the office of the clerk of the court in which the trial is had. When this is not done, such case-made will be stricken from the files in this court.

(Syllabus by the Court.)

*Appeal from District Court, Coal County; S. H. Russell, Judge.*

Ed Musick was convicted of murder, and he appeals. Dismissed, with directions.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

ARMSTRONG, JUDGE.    Plaintiff in error was tried at the July term of the district court of Coal county on a charge of murder and was convicted and sentenced to life imprisonment. Judgment was rendered against him on the 8th day of July, 1909. The appeal was perfected in this court on the 10th day of January, 1910, more than six months subsequent to the rendition of the judgment.

Under the provisions of Snyder's Statutes, 1909, § 6948, appeals in felony cases must be perfected in this court within six months after judgment is rendered. Unless this is done, this court is without jurisdiction to review the record, and can only dismiss the appeal and direct the trial court to enforce the judgment and sentence.

The case-made in this case was never filed with the clerk of

the district court of Coal county, and even if the appeal had been taken in time the case-made would have to be stricken, leaving the plaintiff in error in little or no better attitude than if he had not attempted to appeal.

The appeal is dismissed, with directions to the district court of Coal county to enforce the judgment and sentence.

FURMAN, PRESIDING JUDGE, and DOYLE, JUDGE, concur.